UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN JAMIE ROETHLISBERGER,

                      Plaintiff,

against

HORNET NETWORKS INC.,

                      Defendant.

CIVIL ACTION NO.: 20 Civ. 4022 (LJL) (SLC)

**ORDER TO SUBMIT AO 121 COPYRIGHT FORM**

**SARAH L. CAVE,** United States Magistrate Judge.

In compliance with the provisions in 17 U.S.C. 508, Form AO 121 must be submitted when filing an action concerning a registered Copyright.

On May 26, 2020 the Clerk of Court directed Attorney Richard Liebowitz to submit a completed AO 121 Form for review by the Court. To date, this form has not been filed and must be submitted ahead of the settlement conference scheduled for September 24, 2020.

Plaintiff is hereby ORDERED to submit this form by **August 28, 2020**. If this suit concerns an unregistered copyright, Plaintiff must submit a letter attesting to that fact by the same date.

Form AO 121 is available at: https://www.uscourts.gov/sites/default/files/ao121.pdf.

Dated:     New York, New York
             August 19, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**